UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KRYSTAL KOZEMKO,

                Plaintiff,

v.

GENERAL REVENUE CORPORATION,

                Defendant.

Civil Case No. 09-CV-6299 (DGL)(MWP)

**RULE 41 STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by all parties to this action in

accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed

with prejudice.  Each party hereto shall bear its own costs and attorneys' fees.

Dated: New York, New York
       February 25, 2010

By: _____

    Amir J. Goldstein, Esq.
    Attorney for Plaintiff
    Krystal Kozemko
    591 Broadway, #3A
    New York, New York 10012
    Telephone: (212) 966-5253
    Email: ajg@consumercounselgroup.com

PHILLIPS LYTLE LLP

By: _____

    John G. Schmidt Jr., Esq.
    Andrew J. Wells, Esq.
    Attorneys for Defendant,
    General Revenue Corporation
    437 Madison Avenue, 34th Floor
    New York, New York 10022
    Telephone: (212) 759-4888
    Email: jschmidt@phillipslytle.com
    awells@phillipslytle.com

Doc # 05-383985.1